**DENY and Opinion Filed May 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00969-CV**

**IN RE BARBARA JOHNSON, Relator**

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-14794**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Before the Court is relator's petition for writ of mandamus. In the petition, relator challenges the trial court's order dismissing as untimely relator's appeal of the associate judge's temporary orders in the underlying family court proceeding.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). As the party seeking relief, relators have the burden of providing the Court with a certified or sworn copy of every document that is material to establishing their right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d

757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Because not all of the documents included in the record are certified by a trial court clerk or adequately sworn copies, we conclude relator has failed to meet this burden.

Accordingly, we deny the petition for writ of mandamus without prejudice to refiling a petition with a record that complies with Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.7(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210969F.P05